

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-60144-CR-SCOLA/SNOW
CASE NO. _____

18 U.S.C. § 286
18 U.S.C. § 1343
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

JOBSON CENOR,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Defraud the Government with Respect to Claims
### (18 U.S.C. § 286)

From in or around September 2011, the exact date being unknown to the Grand Jury, continuing through on or about February 9, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JOBSON CENOR,

did knowingly and willfully combine, conspire, confederate and agree with D.B., and others unknown to the Grand Jury, to defraud the United States, and any department and agency thereof, that is, the Internal Revenue Service ("IRS"), by obtaining and aiding to obtain the payment and allowance of false, fictitious and fraudulent claims, in violation of Title 18, United States Code, Section 286.

## PURPOSE OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by using stolen personal identity information of United States Marines to file false and fraudulent tax returns to obtain refunds to which they were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **JOBSON CENOR** and his co-conspirators sought to accomplish the purpose and object of the conspiracy included, among others, the following.

1. **JOBSON CENOR** and D.B. agreed on a plan to use stolen identities and personal identity information of United States Marines to file false and fraudulent tax returns seeking refunds. **CENOR** and D.B. agreed that they would split the proceeds from the fraud.

2. **JOBSON CENOR**, a United States Marine, unlawfully obtained the personal identification information of fellow Marines while serving overseas in Afghanistan. **CENOR** and D.B. employed a secret method for passing on the Marines' personal identity information. **CENOR** typed the Marines' personal identifying information into draft e-mail messages in certain e-mail accounts. **CENOR** sent text messages to D.B. with the e-mail account and password to allow D.B. to access the draft e-mail messages.

3. D.B. retrieved the draft e-mail messages in the e-mail accounts provided by **JOBSON CENOR**, copied down the lists of Marines' personal identity information, and then erased the messages. D.B. prepared false and fraudulent tax returns using the Marines' personal identity information and caused the false and fraudulent tax returns to be submitted to an online tax filing company to be filed with the IRS.

All in violation of Title 18, United States Code, Section 286.

## COUNTS 2-8
### Wire Fraud
### (18 U.S.C. § 1343)

From in or around September 2011, the exact date being unknown, through on or about February 9, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOBSON CENOR,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE SCHEME AND ARTIFICE

It was the purpose and object of the scheme to defraud for the defendant and his accomplices to unjustly enrich themselves by using stolen personal identity information of United States Marines to file false and fraudulent tax returns to obtain refunds to which they were not entitled.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

Paragraphs 1 through 3 of the Manner and Means section from Count 1 is hereby realleged and incorporated by reference herein.

### USE OF THE WIRES

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, **JOBSON CENOR**, for the purpose of executing, and in furtherance of the aforesaid scheme and artifice to defraud and to obtain

3

money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly cause to be transmitted in interstate and foreign commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as described in each count below:

| COUNT | APPROXIMATE DATE | WIRE TRANSMISSION |
|---|---|---|
| 2 | January 17, 2012 | Submission of a tax return in the name of "A.D." claiming a refund of approximately $4,456 |
| 3 | January 17, 2012 | Submission of a tax return in the name of "A.L." claiming a refund of approximately $4,359 |
| 4 | January 17, 2012 | Submission of a tax return in the name of "A.G." claiming a refund of approximately $5,146 |
| 5 | January 17, 2012 | Submission of a tax return in the name of "M.D." claiming a refund of approximately $3,358 |
| 6 | January 17, 2012 | Submission of a tax return in the name of "M.G." claiming a refund of approximately $3,952 |
| 7 | January 19, 2012 | Submission of a tax return in the name of "O.R." claiming a refund of approximately $3,624 |
| 8 | January 19, 2012 | Submission of a tax return in the name of "T.M." claiming a refund of approximately $6,020 |

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNTS 9-~~16~~ 15**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A)**

On or about the dates enumerated below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOBSON CENOR,**

during and in relation to a felony violation of Title 18, United States Code, Section 1343, that is, knowingly, and with intent to defraud, devising a scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses, representations, and promises, as charged in Counts 2 through 8 of this Indictment, did knowingly transfer, possess, and use,

4

without lawful authority, the means of identification of another person as set forth in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 9 | January 17, 2012 | Name, date of birth, and Social Security number of "A.D." |
| 10 | January 17, 2012 | Name, date of birth, and Social Security number of "A.G." |
| 11 | January 17, 2012 | Name, date of birth, and Social Security number of "A.L." |
| 12 | January 17, 2012 | Name, date of birth, and Social Security number of "M.D." |
| 13 | January 17, 2012 | Name, date of birth, and Social Security number of "M.G." |
| 14 | January 19, 2012 | Name, date of birth, and Social Security number of "O.R." |
| 15 | January 19, 2012 | Name, date of birth, and Social Security number of "T.M." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **CRIMINAL FORFEITURE**

1. The allegations of Counts 2 through 8 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOBSON CENOR**, has an interest.

2. Upon conviction of any of the offenses charged in Counts 2 through 8 of the Indictment, the defendant, **JOBSON CENOR**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable through Title 28, United States Code, Section 2461.

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOBSON CENOR,

    **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL    ___ WPB   ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect _____

4. This case will take   _3-4_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.   _12-mj-6182-AMS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

           _/s/ Michael N. Berger_
           Michael N. Berger
           ASSISTANT UNITED STATES ATTORNEY
           Court No.: A5501557

*Penalty Sheet(s) attached                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JOBSON CENOR</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to Defraud the Government with Respect to Claims</u>

<u>Title 18, United States Code, Section 286</u>

<u>**\*Max. Penalty**: Ten (10) Years' Imprisonment</u>

Counts #: 2-8

<u>Wire Fraud</u>

<u>Title 18, United States Code, Section 1343</u>

<u>**\*Max. Penalty**: Twenty (20) Years' Imprisonment</u>

Counts #: 9-15

<u>Aggravated Identity Theft</u>

<u>Title 18, United States Code, Section 1028A(a)(1)</u>

<u>**\*Max. Penalty**: Two (2) Years' Imprisonment Consecutive to Any Other Sentence</u>

Count #:

_____

_____

**\*Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**